CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
NOV 25 2009
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SAMMY RAY OYLER, ) | Civil Action No. 7:09-cv-00235 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MR. J. GARMAN, et al., ) | By: Hon. Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion to amend is **GRANTED in part** and **DENIED in part**: it is granted to add Ms. S. Hall as a defendant and to terminate S. Harr as a defendant, and it is denied in all other respects; defendants' motion for summary judgment is **GRANTED**; all pending motions are **DENIED as moot**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

**ENTER**: This 25th day of November, 2009.

Senior United States District Judge